| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | Acting United States Attorney |
| 2 | ROBIN R. TAYLOR |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

MAR 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Search Warrant,                 )  MISC. NO.
                                      )
tom@attixshoes.com,                   )
jessica@attixshoes.com,               )  2 10 - SW - 0 1 1 9 
laura@attixshoes.com,                 )
doug@attixshoes.com,                  )
tom@attixworld.com,                   )
jessica@attixworld.com,               )
laura@attixworld.com,                 )
doug@attixworld.com,                  )
tom@bearpawshoes.com,                 )
jessica@bearpawshoes.com,             )
laura@bearpawshoes.com, and           )  **SEALED**
doug@bearpawshoes.com                 )
                                      )

   The United States hereby applies for an order sealing the Search Warrant Affidavit and related documents in this matter, as well as this Application for Sealing Order and Order, on the grounds stated in the attached declaration.

DATED: March 25, 2010

                                    _____
                                    ROBIN R. TAYLOR
                                    Assistant U.S. Attorney

1

## ORDER

The Court hereby orders that the Affidavit to the Search Warrant and related documents shall be sealed until further order of the Court or until the arrest of a defendant in this case, whichever comes first.

DATED: *March 26*, 2010

                          /s/ Dale A. Drozd
                         HON. DALE A. DROZD
                         U.S. Magistrate Judge